IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Civil No. 15-cv-5211 |
| -and- | ~~FILED IN CAMERA~~ |
| THE STATE OF NEW JERSEY | ~~AND UNDER SEAL~~ |
| -and- | JURY TRIAL DEMANDED |
| THE STATE OF NEW YORK | |
| -and- | |
| THE CITY OF NEW YORK | |
| -and- | |
| THE CITY OF PHILADELPHIA, | |
| *ex rel* Anthony Digiglio and Dorson Hess Plaintiffs, | |
| v. | |
| U.S. XPRESS ENTERPRISES, INC., Defendant. | |

**ORDER** ~~FILED IN CAMERA AND UNDER SEAL~~

AND NOW this __14th__ day of __April__, 2016, Relators are permitted to dismiss their Complaint without prejudice.

_____
Honorable Renee M. Bumb
District Judge

1